UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION at PIKEVILLE

LAVANCE GREENE,

    Petitioner,

V.

MICHAEL SEPANEK, Warden,

    Respondent.

Civil No. 7: 16-31-KKC

**JUDGMENT**

\*\*\* \*\*\* \*\*\* \*\*\*

Consistent with the Memorandum Opinion and Order entered today, pursuant to Federal Rules of Civil Procedure 58 it is **ORDERED** and **ADJUDGED** that:

1. The petition filed pursuant to 28 U.S.C. § 2241 by Lavance Greene [R. 1] is **DENIED** with respect to all issues raised in this proceeding.

2. Judgment is **ENTERED** in favor of the respondent.

3. This is a **FINAL** and **APPEALABLE** Judgment and there is no just cause for delay.

Dated June 5, 2017.

*Karen K. Caldwell*
KAREN K. CALDWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY